RECEIVED

DEC 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-20069 |
| VS. | JUDGE MELANÇON |
| HUGH SEBRON GRICE | MAGISTRATE JUDGE METHVIN |

### ORDER REQUIRING SUBMISSION OF AFFIDAVITS IN SUPPORT OF MOTION TO SUPPRESS

Before the Court is a motion to suppress filed by defendant Hugh Sebron Grice on December 14, 2007 (Rec. Doc. 35).   Defendant seeks to suppress all evidence seized from 708 Gearden Road, DeQuincy, Louisiana.  The delay for filing response briefs has not yet passed.

An evidentiary hearing on a motion to suppress is required only when the defendant alleges material disputed facts which, if proven, would justify relief.  FED.R.CR.P. 41(E); United States v. Harrelson, 705 F.2d 733, 737 (5th Cir. 1983).  Factual allegations set forth in the motion and accompanying affidavits must be "sufficiently definite, specific, detailed, and non-conjectural, to enable the court to conclude that a substantial claim is presented." Id., quoting Cohen v. United States, 378 F.2d 751, 761 (9th Cir.), cert. denied, 389 U.S. 897, 88 S. Ct. 217, 19 L. Ed.2d 215 (1967).  General or conclusory assertions will not suffice.  Harrelson, 705 F.2d at 737.

The factual allegations in the instant motion are sufficiently specific; however the motion does not include a statement that defendant will either testify himself or will present other witnesses and/or evidence to support the factual allegations as required by the Criminal Scheduling Order and applicable law.[1]  If defendant identifies witnesses who will testify to the allegations, an evidentiary hearing will be necessary to resolve the motion.

---

[1] See Criminal Scheduling Order, Rec. Doc. 15.

2

**IT IS THEREFORE ORDERED** that *on or before December 26, 2007,* defendant shall file the necessary *affidavits and/or declarations under penalty of perjury.*[2] The following standards shall apply:

1.   **Contents of Declarations:**[3] Each supporting affidavit or declaration shall set forth, under penalty of perjury, the specific facts upon which it is contended the motion should be granted or denied. The facts alleged must be admissible under the Federal Rules of Evidence. Declarations shall not include conclusions of law or legal argument. Each declaration shall show affirmatively that the declarant is competent to testify to the matters stated therein.

2.   **Availability of Declarants:** Each declarant shall indicate his or her intention to testify at any evidentiary hearing which may be held, and shall be available for cross-examination at any such hearing, unless the government does not dispute the facts contained in the declaration.

**IT IS FURTHER ORDERED** that a copy of the affidavits or declarations shall be faxed or delivered to chambers of the undersigned magistrate judge and to counsel for the government by the due date.

**IT IS FURTHER ORDERED** that the government shall file a response to the defendant's motions *on or before January 3, 2007.*

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to counsel for Grice and counsel for the government.

Signed at Lafayette, Louisiana on December 18 2007

COPY SENT:
DATE: 12/18/07
BY: CW
TO: mem
Gautreaux 3 via fax
Michel

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax).

---

[2] *See* 28 U.S.C. 1746.

[3] Affidavits may be submitted in lieu of declarations. The same standards apply.