**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 07-20069** |
| **VS.** | **JUDGE MELANÇON** |
| **HUGH SEBRON GRICE** | **MAGISTRATE JUDGE METHVIN** |

**RULING ON MOTION TO SUPPRESS**

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and considering the objections filed, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant's motion to suppress is **DENIED.**

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 13th day of August, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE