UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:07-cr-20069 |
| | CIVIL ACTION NO. 2:11-cv-00842 |
| VERSUS | JUDGE TUCKER MELANÇON |
| HUGH SEBRON GRICE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore

**ORDERED** that the defendant's motion to vacate, set aside, or correct his sentence [Rec. Doc. 112] is **DENIED**.

Lafayette, Louisiana, this 13th day of August, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE