UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:07-cr-20069 |
| | CIVIL ACTION NO. 2:11-cv-00842 |
| VERSUS | JUDGE TUCKER MELANÇON |
| HUGH SEBRON GRICE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 119], after an independent review of the entire record, including Petitioner's Statement of Objections To Magistrate's Report And Recommendation filed August 15, 2012 [Rec. Doc. 123], and concurring with the Magistrate Judge's findings under the applicable law, it is

**ORDERED** that the defendant's motion to vacate, set aside, or correct his sentence [Rec. Doc. 112] is **DENIED**.

Lafayette, Louisiana, this 17th day of August, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE