UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:07-CR-20069-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| SANCTIONED/BARRED HUGH SEBRON GRICE (01) | MAGISTRATE JUDGE KAY |

**MEMORANDUM ORDER**

Before the court is a Motion to Reconsider [doc. 161] filed by defendant Hugh Sebron Grice, relating to the court's preceding Memorandum Order [doc. 160] denying Mr. Grice's Motion for Compassionate Release [doc. 151]. In support of his Motion to Reconsider [doc. 161], Mr. Grice submits evidence of his rehabilitation and his plans to self-isolate in order to prevent infection with the coronavirus. He also clarifies that he seeks release to home confinement as an alternative.

The court appreciates Mr. Grice's plans for release and his evidence of rehabilitation. Mr. Grice, however, has significant time remaining on his mandatory minimum 360 month term of imprisonment. He is not scheduled for release until 2032. As noted under the court's previous order, granting him such a significant reduction would promote disparity with respect to similarly situated defendants. *See* doc. 160, pp. 2, 5.

Additionally, to the extent Mr. Grice seeks release to home confinement rather than release to home confinement, the court is without authority to grant this request. The Director of the Bureau of Prisons may authorize home confinement for the shorter of ten

percent of an inmate's term of imprisonment or six months. 18 U.S.C. § 3624(c). Under the CARES Act of 2020, Congress has also lengthened the maximum amount of time an inmate may be placed on home confinement. Pub. L. 116-136, § 12003(b)(2). Decisions regarding inmate designations, however, are exclusively reserved to the BOP and are not subject to judicial review. *See* 18 U.S.C. § 3621(b). Accordingly, as several courts have recently recognized, the district court has no authority to order home confinement under the CARES Act. *E.g.*, *United States v. Read-Forbes*, 2020 WL 1888856 (D. Kan. Apr. 16, 2020); *United States v. Engleson*, 2020 WL 1821797 (S.D.N.Y. Apr. 10, 2020); *United States v. Hembry*, 2020 WL 1821930 (N.D. Cal. Apr. 10, 2020); *United States v. Carter*, 2020 WL 180288 (S.D. Ind. Apr. 9, 2020). Accordingly, the Motion to Reconsider [doc. 161] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 16th day of December, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**